Alletta S. Brenner, Bar No. 142844                    Hon. Amy M. Baggio
ABrenner@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Telephone: +1.503.727.2000
Facsimile:  +1.503.727.2222

*Attorneys for Specially Appearing Defendant The Boeing Company*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| BRANDON FISHER, an individual,<br><br>              Plaintiff,<br><br>     v.<br><br>THE BOEING COMPANY, a foreign business corporation, SPIRIT AEROSYSTEMS, INC., a foreign business corporation, and SPIRIT AEROSYSTEMS HOLDINGS, INC., a foreign business corporation,<br><br>              Defendants. | Case No. 3:26-cv-00199-AB<br><br>**JOINT MOTION TO TRANSFER VENUE UNDER 28 U.S.C. § 1406(A)** |

**RULE 7-1 CERTIFICATION**

Plaintiff Brandon Fisher ("Plaintiff"), Defendant The Boeing Company ("Boeing"), Defendant Spirit AeroSystems, Inc., ("Spirit"), and Defendant Spirit AeroSystems Holdings, Inc. (collectively, the "Moving Parties") have conferred by telephone and email. The Moving Parties have stipulated to the contents of this Motion and relief sought.

1-    JOINT MOTION TO TRANSFER VENUE

**MOTION**

The Moving Parties, by and through the undersigned attorneys, jointly move for this action to be transferred pursuant to 28 U.S.C. § 1406(a) to the United States District Court for the Western District of Washington.

**MEMORANDUM**

This action is one of several related cases arising from a January 5, 2024 accident involving a 737 MAX-9 airplane operating as Alaska Airlines Flight 1282 out of Portland International Airport. Last month, this Court extended the deadline for Defendants to respond to Plaintiff's Complaint until three weeks after entry of a decision on the motions to dismiss filed by Boeing and Spirit in *Tisher v. Boeing Co.*, No. 3:25-cv-01984-SI (D. Or.) ("*Tisher*"), which is one of those related cases. ECF 15. On April 13, 2026, Judge Simon ruled on those motions, holding that the United States District Court for the District of Oregon lacks personal jurisdiction over both Boeing and Spirit and ordering that in the interest of justice that case should be transferred in its entirety to the United States District Court for the Western District of Washington. *Tisher*, 2026 WL 982883, at \*3–8, 13–15 (Apr. 13, 2026). This action, which arises from the same accident, involves substantially similar jurisdictional facts. *Compare id.*, *with* ECF 1.

In this case, Defendants' responses to Plaintiff's Complaint were not due until May 4, *see* ECF 15, but the parties conferred about Defendants' responses. For many of the same reasons set forth in Judge Simon's opinion, Defendants contend that this Court also lacks personal jurisdiction over them for this action and further that venue is improper.[1] *See Tisher*, 2026 WL 982883 at \*3–8; *see also* 28 U.S.C. § 1391 (venue requirements); *Ezell v. Esquetini*, No. 3:13-CV-00924-JE, 2014 WL 12852394, at \*5 (D. Or. Apr. 1, 2014), *report and recommendation adopted*, No. 3:13-CV-00924-JE, 2014 WL 12852447 (D. Or. June 12, 2014) (applying venue statute and concluding that absent personal jurisdiction over defendants, this district was clearly an "improper venue").

---

[1] Because the moving parties had not moved to dismiss (or transfer) the action for improper venue in the first instance, Judge Simon declined to consider whether transfer was appropriate under 28 U.S.C. § 1406 but instead ordered the *Tisher* action transferred under 28 U.S.C. § 1631. *Tisher*, 2026 WL 982883, at \*12. The result under either statute is the same, however.

2-   JOINT MOTION TO TRANSFER VENUE

Accordingly, absent a transfer to the Western District of Washington, Defendants intend to move to dismiss Plaintiffs' claims.

"The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." 28 U.S.C. § 1406(a). Therefore, to conserve judicial resources and avoid unnecessary motion practice, and in the interest of justice, the Moving Parties jointly request that this action be transferred in its entirety pursuant to 28 U.S.C. § 1406(a) to the United States District Court for the Western District of Washington, where there is jurisdiction over Defendants Alaska Airlines, Boeing and Spirit AeroSystems, Inc., where this action could have been brought in the first instance, and stipulate that upon transfer to the Western District of Washington, Plaintiff will file an Amended Complaint no longer naming Spirit AeroSystems Holdings, Inc. as a defendant prior to May 29, 2026. Notwithstanding, Spirit AeroSystems Holdings, Inc. reserves its position that the transferee court also lacks personal jurisdiction over Plaintiff's alleged claims against it.

The Moving Parties further agreed that to facilitate the orderly management of this case, Defendants' deadlines for responding to the Complaint shall be two weeks from the date when the transfer is complete. ECF 16. On May 4, 2025, the Court granted in part the parties' joint motion, extending Defendants' time to answer or otherwise respond to Plaintiff's Complaint by May 29, 2026. ECF 17.

<b>CONCLUSION</b>

For the foregoing reasons, the Moving Parties respectfully request that the Court transfer this action in its entirety to the United States District Court for the Western District of Washington.

3-    JOINT MOTION TO TRANSFER VENUE

DATED: May 15, 2026          **PERKINS COIE LLP**

By: /s/  *Alletta S. Brenner*
    Alletta S. Brenner

    Alletta S. Brenner, OSB No. 142844
    ABrenner@perkinscoie.com
    PERKINS COIE LLP
    1120 N.W. Couch Street, Tenth Floor
    Portland, Oregon 97209-4128
    Telephone: +1.503.727.2000
    Facsimile: +1.503.727.2222

*Attorneys for Specially Appearing Defendant The Boeing Company*

**BAKER STERCHI COWDEN & RICE LLC**

By: /s/ *Jeanne Loftis*
    Jeanne Loftis

    Jeanne Loftis, OSB No. 913612
    Jeanne.loftis@bakersterchi.com
    Victoria Baker, OSB No. 225400
    Victoria.Baker@bakersterchi.com
    <u>Mailing Address:</u>
    2100 Westlake Ave. N., Ste. 206,
    Seattle, Washington 98109
    <u>Physical Address:</u>
    805 SW Broadway, Suite 2020
    Portland, Oregon 97205
    Telephone: (971) 374-5577

**FOX ROTHSCHILD LLP**

    Diane Westwood Wilson (admitted *pro hac vice*)
    dwilson@foxrothschild.com
    FOX ROTHSCHILD LLP
    101 Park Ave, 17th Floor
    New York, NY 10178
    Telephone: 212.878.1431

*Attorneys for Specially Appearing Defendants Spirit Aerosystems, Inc. and Spirit AeroSystems Holdings, Inc.*

4-    JOINT MOTION TO TRANSFER VENUE

**COZEN O'CONNOR**

By: /s/  *William H. Walsh*
     William H. Walsh
     wwalsh@cozen.com
     Richard D. Mummolo (*pro hac vice* forthcoming)
     rmummolo@cozen.com;
     COZEN O'CONNOR
     999 Third Avenue, Suite 1900
     Seattle, WA 98104
     Telephone: (206) 224-1296

*Attorneys for Plaintiff Brandon Fisher*

5-    JOINT MOTION TO TRANSFER VENUE